**Bryon GRIFFIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64458.**

Missouri Court of Appeals,
Western District.

April 26, 2005.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels and Shawn Naccarato, Office of Attorney General, Jefferson City, for Respondent.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge, and VICTOR C. HOWARD, Judge.

**ORDER**

Bryon Griffin appeals the circuit court's judgment denying his motion to vacate judgment and sentence without an evidentiary hearing pursuant to Rule 24.035. We affirm. Rule 84.16(b).

∎

**Yvette O'DELL, Respondent,**

v.

**Clinton O'DELL, Appellant.**

**No. WD 64280.**

Missouri Court of Appeals,
Western District.

April 26, 2005.

Larry Vaughn Swall II, Liberty, for Appellant.

Yvette O'Dell, Warrensburg, pro se.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge, and VICTOR C. HOWARD, Judge.

**ORDER**

Clinton O'Dell appeals the circuit court's decision to deny his motion to vacate or to reopen the case on his motion to modify a dissolution decree. We affirm. Rule 84.16(b).